**IT IS ORDERED as set forth below:**



**Date: April 22, 2013**

_____

**C. Ray Mullins**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANTARIUS SHONQUEY ALEXANDER | : | CASE NUMBER A10-77489-CRM |
| DEBTOR | : | JUDGE MULLINS |

### CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE TAX REFUNDS

On April 4, 2013 at 2:00 p.m., the Court held a hearing on the Trustee's Motion to Dismiss based upon the Debtor's failure to remit tax refunds to the Chapter 13 Trustee. It further appears to the Court that the Debtor through counsel, agreed at the call of the Court's calendar to a consent agreement. For cause shown, **IT IS HEREBY**

**ORDERED** that the Debtor shall remit their Federal Income tax return to the Trustee by May 15th of each calendar year for the remaining years the case is pending. Additionally, unless further Court order allows retention, the Debtor shall pay any tax refund for the years of the Debtor's Applicable Commitment Period to the Trustee by May 15th of each calendar year. If

the Debtor fails to provide either the tax refund or tax return to the Trustee by May 15th then the case shall be dismissed without further notice or hearing upon the receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.  Prior to recommending dismissal the Trustee shall contact the Debtor's attorney via email or phone to alert them of the default.  Additionally, a letter will be sent to the Debtor each calendar year requesting a copy of the tax return.

The Clerk of the Court is directed to serve notice of this Order to the Debtor, Debtor's attorney, and the Chapter 13 Trustee.

**END OF DOCUMENT**

CONSENTED TO BY:

\_\_\_\_/s/_____   \_\_\_\_/s/_____
Maria J. Kirtland                      Darren Hojnacki
Attorney for Chapter 13 Trustee        Attorney for Debtor
GA Bar Number 118350                   GA Bar No. 100206
303 Peachtree Center Ave., NE          Law Office of Matthew T. Berry
Suite 120                              Suite 400
Atlanta, GA  30303                     2751 Buford Highway
                                       Atlanta, GA 30324
                                       *Signed by Maria J. Kirtland*
                                       *with express permission*

Chapter 13 Trustee:
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303

```
                            United States Bankruptcy Court
                            Northern District of Georgia
In re:                                                         Case No. 10-77489-crm
Antarius Shonquey Alexander                                    Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 113E-9          User: asb                 Page 1 of 2        Date Rcvd: Apr 23, 2013
                              Form ID: pdf403           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2013.
db           +Antarius Shonquey Alexander,   1290 Creekview Circle,   Riverdale, GA 30296-2667
aty          +Kelly D. Thomas,   Berry and Associates,   Suite 400,   2751 Buford Highway,
               Atlanta, GA 30324-5456
tr           +Nancy J. Whaley,   Nancy J. Whaley, 13 Trustee,   Suite 120,   303 Peachtree Center Avenue,
               Atlanta, GA 30303-1286
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2013**                          Signature:    *Joseph Speetjens*

```
District/off: 113E-9          User: asb              Page 2 of 2                  Date Rcvd: Apr 23, 2013
                              Form ID: pdf403        Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2013 at the address(es) listed below:

```
              A. Michelle Hart Ippoliti    on behalf of Creditor    Loancare Servicing Center BkMail@prommis.com,
               mh1@mccallaraymer.com
              Jeanette F. LeRay    on behalf of Creditor    Freedom Mortgage Corporation by Loancare, a Division
               of FNF Servicing f/k/a Loancare Servicing Center bkmail@prommis.com,    jfl@mccallaraymer.com
              Jeanne  Morton    on behalf of Creditor    Freedom Mortgage Corporation, its successors and/or
               assigns, by Loancare, a Division of FNF Servicing f/k/a Loancare Servicing Center, the servicing
               agent bkmail@prommis.com,   jnm@mccallaraymer.com
              Kelly D. Thomas    on behalf of Debtor Antarius Shonquey Alexander kthomas@mattberry.com
              Maria A. Tsagaris    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION BkMail@prommis.com,
               mt3@mccallaraymer.com
              Matthew Thomas Berry    on behalf of Debtor Antarius Shonquey Alexander E-Notice@mattberry.com
              Nancy J. Whaley    ecf@njwtrustee.com
              Patti H. Bass    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Ryan  Starks    on behalf of Debtor Antarius Shonquey Alexander E-Notice@mattberry.com
                                                                                             TOTAL: 10
```

Case 10-77489-crm    Doc 53    Filed 04/25/13    Entered 04/26/13 03:40:56    Desc Imaged
Certificate of Notice    Page 4 of 4